# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KYRON FOLSE

NO. 2020 KW 0007

**MAR 1 3 2020**

---

In Re:    Kyron Folse, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 542902.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT GRANTED.** The ruling of the district court denying relator's application for postconviction relief on the ground that it was untimely filed is vacated. Relator had two years from the finality of the judgment of conviction and sentence in which to file the application for postconviction relief. See La. Code Crim. P. art. 930.8. Relator's conviction and sentence were final on September 29, 2017. Thus, relator had until Monday, September 30, 2019, to file his application. According to the district court, relator's application was filed on October 1, 2019, which appears to be the date it was received by the Lafourche Parish Clerk of Court's Office. However, the actual filing date for pleadings filed by inmates is the date the application was delivered to the prison authorities. See **Houston v. Lack,** 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988); **State ex rel. Johnson v. Whitley,** 92-2689 (La. 1/6/95), 648 So.2d 909; **Shelton v. Louisiana Department of Corrections,** 96-0348 (La. App. 1st Cir. 2/14/97), 691 So.2d 159. Relator alleged he delivered his application to the prison authorities on September 26, 2019. Relator provided documentation, which revealed that he purchased postage for legal mail on September 26, 2019, and that outgoing legal mail from relator to the Clerk of Court for Lafourche Parish was released by Rayburn Correctional Center to the United States Postal Service on September 27, 2019. Thus, relator's application is considered timely, as he delivered his application to the prison authorities for mailing prior to the deadline for filing his application. Accordingly, this matter is remanded to the district court for consideration of the merits of relator's application for postconviction relief.

> **JMM**
> **MRT**
> **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT